| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J.LBR 9004-1** | |
| STEWART LEGAL GROUP, P.L.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for The Money Source Inc.* | |
| In re:<br><br>Marlene A. Argentina<br>*aka* Marlene A. Lingle<br><br>Debtor. | Chapter 13<br><br>Case No. 20-20235-ABA<br><br>Judge Andrew B. Altenburg, Jr. |

### CERTIFICATION IN SUPPORT OF MOTION FOR AUTHORIZATION TO ENTER INTO FINAL LOAN MODIFICATION AGREEMENT

I,   CINDY COWDEN  , hereby certify:

1. I am employed as a   VICE PRESIDENT   by The Money Source Inc. ("Movant"), and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

2. I have authority to make this Certification. Further, I have personally reviewed the records of Movant, and make the statements herein based upon personal knowledge obtained therein.

3. The information hereinafter given is contained in the original books and records maintained in the office of Movant.

4. The nature of the information set forth in the Motion is information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters, the records were kept in the course of the regularly conducted activity and were made by the regularly conducted activity as a regular practice.

5. I certify that all of the documents attached to this Certification as exhibits are true and accurate copies of the original documents.

6. Movant is the mortgagor on the property located at 28 LaCosta Drive, Blackwood, New Jersey 08012 ("Property").

7. On March 24, 2022, the Debtor executed a Promissory Note and Partial Claim Mortgage ("Modification"). A true and correct copy of the Modification is attached hereto as an exhibit.

8. Movant respectfully requests the Court enter an order approving the Deferment Agreement as attached herein.

I certify under penalty of perjury that the foregoing is true and correct.

The Money Source, Inc.

MAY 16 2022
Date

Signature   CINDY COWDEN, VICE PRESIDENT