Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-20235 (ABA)

Marlene A. Argentina  
28 Lacosta Drive  
Blackwood, NJ  08012

Monthly Payment: $665.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 06/02/2023 | $500.00 | 07/05/2023 | $500.00 | 08/02/2023 | $500.00 | 09/01/2023 | $500.00 |
| 09/19/2023 | $48,104.61 | 10/02/2023 | $665.00 | 11/02/2023 | $665.00 | 12/04/2023 | $665.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARLENE A. ARGENTINA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JILL T. BRYAN, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $0.00 |
| 0 | JILL T. BRYAN, ESQUIRE | 13 | $1,927.48 | $1,927.48 | $0.00 | $35.50 |
| 1 | AMERICAN EXPRESS | 33 | $1,393.96 | $648.96 | $745.00 | $583.89 |
| 2 | CITIBANK, N.A. | 33 | $7,404.27 | $3,446.97 | $3,957.30 | $3,101.49 |
| 3 | CAPITAL ONE, N.A. | 33 | $3,732.36 | $1,737.55 | $1,994.81 | $1,563.41 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $3,592.35 | $1,672.36 | $1,919.99 | $1,504.76 |
| 5 | LVNV FUNDING, LLC | 33 | $2,671.13 | $1,243.53 | $1,427.60 | $1,118.87 |
| 6 | DREAM BAY CONDOMINIUM ASSOCIATION, INC. | 28 | $0.00 | $840.23 | $16,434.32 | $840.23 |
| 7 | PREMIER BANKCARD, LLC | 33 | $303.13 | $303.13 | $0.00 | $257.51 |
| 8 | FIRST SAVINGS CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK | 24 | $1,089.70 | $1,089.70 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $6,306.59 | $6,306.59 | $0.00 | $0.00 |
| 11 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LINKS AT VALLEYBROOK HOA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $3,009.79 | $1,401.17 | $1,608.62 | $1,260.74 |
| 14 | MAUREEN YORKMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $7.75 | $7.75 | $0.00 | $0.00 |
| 16 | MERRICK BANK | 33 | $1,693.77 | $788.51 | $905.26 | $709.48 |
| 17 | MONARCH SELF STORAGE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TD RETAIL CARD SERVICES | 33 | $2,822.00 | $1,313.76 | $1,508.24 | $1,182.06 |
| 20 | NISSAN-INFINITI LT | 24 | $655.35 | $655.35 | $0.00 | $0.00 |
| 21 | NORDSTROM, INC. | 33 | $5,847.70 | $2,722.34 | $3,125.36 | $2,449.47 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,206.99 | $4,286.22 | $4,920.77 | $3,856.59 |
| 23 | RAYMOUR AND FLANIGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,264.75 | $588.80 | $675.95 | $529.78 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $2,715.12 | $1,264.00 | $1,451.12 | $1,137.29 |
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 28 | JILL T. BRYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $738.88 | $343.98 | $394.90 | $309.51 |
| 31 | DEPARTMENT OF THE TREASURY | 33 | $479.69 | $223.94 | $255.75 | $200.44 |
| 32 | TD RETAIL CARD SERVICES | 33 | $5,121.18 | $2,384.11 | $2,737.07 | $2,145.15 |
| 33 | SELECT PORTFOLIO SERVICING, INC. | 24 | $1,470.25 | $1,470.25 | $0.00 | $554.25 |
| 34 | CAPITAL ONE, N.A. | 33 | $3,286.18 | $1,529.84 | $1,756.34 | $1,376.51 |
| 35 | PNC BANK, N.A. | 33 | $31,173.58 | $14,512.50 | $16,661.08 | $13,057.89 |
| 36 | PNC BANK, N.A. | 33 | $3,137.17 | $1,460.49 | $1,676.68 | $1,314.08 |
| 37 | QUANTUM3 GROUP, LLC | 33 | $237.89 | $110.74 | $127.15 | $99.65 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,581.53 | $1,201.82 | $1,379.71 | $1,081.34 |
| 39 | ALLY BANK | 33 | $1,894.12 | $832.24 | $1,061.88 | $832.24 |
| 40 | THE BANK OF MISSOURI | 33 | $402.90 | $177.03 | $225.87 | $177.03 |
| 41 | THE BANK OF MISSOURI | 33 | $4,524.36 | $1,987.91 | $2,536.45 | $1,987.91 |
| 42 | ALLY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | JOSEPH D MARCHLAND, ESQUIRE | 13 | $1,160.00 | $1,160.00 | $0.00 | $1,160.00 |
| 44 | JOSEPH D MARCHLAND, ESQUIRE | 13 | $2,502.05 | $2,502.05 | $0.00 | $2,502.05 |
| 45 | TIDEWATER FINANCE COMPANY | 24 | $545.75 | $545.75 | $0.00 | $545.75 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2020 | 36.00 | $0.00 |
| 10/01/2023 | Paid to Date | $72,337.61 |
| 11/01/2023 | 23.00 | $665.00 |
| 10/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $52,099.61 |
| Total paid to creditors this period: | $47,474.87 |
| Undistributed Funds on Hand: | $601.16 |
| Arrearages: | $665.00 |
| Attorney: | JILL T. BRYAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**