ANDREW B. FINBERG, ABF 1574
ANDREW B. FINBERG, STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38, SUITE 580
CHERRY HILL, NJ 08002
(856) 663-5002
CHAPTER 13 STANDING TRUSTEE

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

DEBTOR: TYREE GEORGE GALE
CASE NUMBER: 23-17814 JNP

NOTICE OF RESERVE ON CLAIM

CREDITOR: PINNACLE PLACE HOA
TRUSTEE CLAIM #: 21
COURT CLAIM #: N/A

Please be advised that a reserve has been placed on the above named claim for the following
reason:

_____    Disbursement checks have been returned as undeliverable. A change of address
         must be filed with the Court.

_____    The creditor cannot locate an account for the debtor under the account number
         provided. The correct account number must be provided in writing.

_____    The creditor is not cashing checks issued by the Trustee. Payments will not
         resume until a written request is sent by the creditor to the Trustee.

_____    the debt has been transferred and the transfer/assignment has not been filed with
         the court.

_____    The creditor refuses to accept partial payments. Issue must be resolved by
         debtor's attorney or Pro Se debtor, and Trustee must be notified in writing of
         resolution.

_X____   the creditor has failed to file a proof of claim.

_____    the debtor has failed to file a proof of claim for a creditor provided for in the plan
         pursuant to Fed. R. Bankr. P. 3004

_____    the creditor has received stay relief, as per order entered

_____   OTHER:

**In the event the creditor seeks to file a claim after the expiration of the claims bar date, the creditor must obtain an Order Allowing Late Proof of Claim in accordance with Fed. R. Bankr. P. 3002(c) and 9006(b)(3). If a late proof of claim is filed, and an Order Allowing Late Proof of Claim has not been entered by the Court, the late claim WILL NOT be paid. The Chapter 13 Trustee will reserve the amounts provided in the plan for such creditor pending further Order of the Court.**

Request for additional information should be directed to: Isabel C. Balboa, Chapter 13 Standing Trustee, Cherry Tree Corporate Center, 535 Route 38, Suite 580, Cherry Hill, NJ 08002.

Dated:  MARCH 5, 2024                                         */s/ Andrew B. Finberg*
                                                                    Chapter 13 Standing Trustee

Copy to:

PINNACLE PLACE HOA
c/o ASSOCIA MID-ATLANTIC
14000 HORIZON WAY
SUITE 200
MOUNT LAUREL, NJ 08054

ERIC J. CLAYMAN, ESQUIRE
CLAYMAN LAW, LLC
1814 EAST ROUTE 70
SUITE 350
CHERRY HILL, NJ 08003

TYREE GEORGE GALE
115 SPIRE PLACE
SEWELL, NJ 08080