Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 20-20235 (ABA)

Marlene A. Argentina  
28 Lacosta Drive  
Blackwood, NJ  08012

Monthly Payment: $665.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/02/2024 | $665.00 | 02/02/2024 | $665.00 | 03/04/2024 | $665.00 | 04/01/2024 | $665.00 |
| 05/02/2024 | $665.00 | 06/10/2024 | $665.00 | 07/09/2024 | $665.00 | 08/08/2024 | $665.00 |
| 09/10/2024 | $665.00 | 10/08/2024 | $665.00 | 11/08/2024 | $665.00 | 12/09/2024 | $665.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARLENE A. ARGENTINA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JILL T. BRYAN, ESQUIRE | 13 | $3,560.00 | $3,560.00 | $0.00 | $0.00 |
| 0 | JILL T. BRYAN, ESQUIRE | 13 | $1,927.48 | $1,927.48 | $0.00 | $35.50 |
| 1 | AMERICAN EXPRESS | 33 | $1,393.96 | $758.31 | $635.65 | $583.89 |
| 2 | CITIBANK, N.A. | 33 | $7,404.27 | $4,027.91 | $3,376.36 | $3,101.49 |
| 3 | CAPITAL ONE, N.A. | 33 | $3,732.36 | $2,030.37 | $1,701.99 | $1,563.41 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $3,592.35 | $1,954.24 | $1,638.11 | $1,504.76 |
| 5 | LVNV FUNDING, LLC | 33 | $2,671.13 | $1,453.11 | $1,218.02 | $1,118.87 |
| 6 | DREAM BAY CONDOMINIUM ASSOCIATION, INC. | 28 | $840.23 | $840.23 | $0.00 | $840.23 |
| 7 | PREMIER BANKCARD, LLC | 33 | $303.13 | $303.13 | $0.00 | $257.51 |
| 8 | FIRST SAVINGS CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDFIRST BANK | 24 | $1,089.70 | $1,089.70 | $0.00 | $0.00 |
| 10 | DEPARTMENT OF THE TREASURY | 28 | $6,306.59 | $6,306.59 | $0.00 | $0.00 |
| 11 | KOHL'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LINKS AT VALLEYBROOK HOA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT STORES NATIONAL BANK | 33 | $3,009.79 | $1,637.35 | $1,372.44 | $1,260.74 |
| 14 | MAUREEN YORKMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | QUANTUM3 GROUP, LLC | 33 | $7.75 | $7.75 | $0.00 | $0.00 |
| 16 | MERRICK BANK | 33 | $1,693.77 | $921.41 | $772.36 | $709.48 |
| 17 | MONARCH SELF STORAGE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | TD RETAIL CARD SERVICES | 33 | $2,822.00 | $1,535.17 | $1,286.83 | $1,182.06 |
| 20 | NISSAN-INFINITI LT | 24 | $655.35 | $655.35 | $0.00 | $0.00 |
| 21 | NORDSTROM, INC. | 33 | $5,847.70 | $3,181.19 | $2,666.51 | $2,449.47 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $9,206.99 | $5,008.62 | $4,198.37 | $3,856.59 |
| 23 | RAYMOUR AND FLANIGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,264.75 | $688.06 | $576.69 | $529.78 |
| 25 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WELLS FARGO BANK, N.A. | 33 | $2,715.12 | $1,477.02 | $1,238.10 | $1,137.29 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | JILL T. BRYAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $738.88 | $401.95 | $336.93 | $309.51 |
| 31 | DEPARTMENT OF THE TREASURY | 33 | $479.69 | $261.50 | $218.19 | $200.44 |
| 32 | TD RETAIL CARD SERVICES | 33 | $5,121.18 | $2,785.96 | $2,335.22 | $2,145.15 |
| 33 | SELECT PORTFOLIO SERVICING, INC. | 24 | $1,470.25 | $1,470.25 | $0.00 | $554.25 |
| 34 | CAPITAL ONE, N.A. | 33 | $3,286.18 | $1,787.66 | $1,498.52 | $1,376.51 |
| 35 | PNC BANK, N.A. | 33 | $31,173.58 | $16,958.51 | $14,215.07 | $13,057.89 |
| 36 | PNC BANK, N.A. | 33 | $3,137.17 | $1,706.63 | $1,430.54 | $1,314.08 |
| 37 | QUANTUM3 GROUP, LLC | 33 | $237.89 | $129.38 | $108.51 | $99.65 |
| 38 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,581.53 | $1,404.35 | $1,177.18 | $1,081.34 |
| 39 | ALLY BANK | 33 | $1,894.12 | $988.13 | $905.99 | $832.24 |
| 40 | THE BANK OF MISSOURI | 33 | $402.90 | $210.21 | $192.69 | $177.03 |
| 41 | THE BANK OF MISSOURI | 33 | $4,524.36 | $2,360.27 | $2,164.09 | $1,987.91 |
| 42 | ALLY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | JOSEPH D. MARCHAND, ESQUIRE | 13 | $1,160.00 | $1,160.00 | $0.00 | $1,160.00 |
| 44 | JOSEPH D. MARCHAND, ESQUIRE | 13 | $2,502.05 | $2,502.05 | $0.00 | $2,502.05 |
| 45 | TIDEWATER FINANCE COMPANY | 24 | $545.75 | $545.75 | $0.00 | $545.75 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2020 | 36.00 | $0.00 |
| 10/01/2023 | Paid to Date | $72,337.61 |
| 11/01/2023 | 23.00 | $665.00 |
| 10/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $7,980.00 |
| Total paid to creditors this period: | $47,474.87 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $0.00 |
| Attorney: | JILL T. BRYAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**