| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>700 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | |
| In Re:<br><br>Marlene A. Argentina,<br><br>Debtor. | Case No.:     20-20235-ABA<br><br>Chapter:     13<br><br>Hearing Date:     09/30/2025<br><br>Judge:     Altenburg |

### STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Motion for Relief from Stay re: 28 Lacosta Drive, Blackwood, NJ  (Docket # 148)

Date: 09/22/2025                          /s/ Denise Carlon
                                          Signature

*rev.8/1/15*