| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Marlene A. Argentina**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx−xx−6983<br>EIN    __−_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    ____<br>EIN    __−_____ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:    20−20235−ABA | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Marlene A. Argentina
> aka Marlene A. Lingle

12/9/25                                                                              **By the court:**  Andrew B. Altenburg Jr.
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 20-20235-ABA
Marlene A. Argentina  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Dec 09, 2025      Form ID: 3180W      Total Noticed: 74

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marlene A. Argentina, 28 LaCosta Drive, Blackwood, NJ 08012-5533 |
| r | + | David Sulvetta, EXP Realty LLC, 28 Valley Road, Suite 1, Montclair, NJ 07042-2709 |
| cr | + | Nissan Motor Acceptance Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| cr | + | The Money Source Inc., P.O. Box 340514, Tampa, FL 33694-0514 |
| 519678322 | + | DREAM BAY CONDOMINIUM ASSOCIATION INC., 28 S. NEW YORD ROAD, SUITE B-06, GALLOWAY, NJ 08205-9695 |
| 518946000 | + | Dream Bay Condominium Assn., c/o Diversified Property Management, PO Box 61448, Phoenix, AZ 85082-1448 |
| 518946006 | | Links at Valleybrook HOA, 456 Larchmont Blvd, #14A, Mount Laurel, NJ 08054 |
| 518946009 | | Mercury Card/FB&T, 145 Warm Springs Road, Columbus, GA 31904 |
| 518946011 | + | Monarch Self Storage, 850 West Blenheim Avenue, Blenheim, NJ 08012-4064 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Dec 09 2025 20:56:00 | Harold Kaplan, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 09 2025 20:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 09 2025 20:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 09 2025 20:56:00 | NewRez LLC D/B/A ShellPoint Mortgage Servicing, RASC, PLLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | | Email/Text: tidewaterlegalebn@twcs.com | Dec 09 2025 20:56:00 | Tidewater Finance Company, Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325, UNITED STATES |
| 519897456 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 09 2025 21:02:41 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518945995 | + | Email/PDF: bncnotices@becket-lee.com | Dec 09 2025 21:14:01 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518971667 | | Email/PDF: bncnotices@becket-lee.com | Dec 09 2025 21:00:40 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518945996 | + | EDI: CITICORP | Dec 10 2025 01:51:00 | Best Buy/CBNA, 5800 S. Corporate Place, Sioux Falls, SD 57108-5027 |
| 519823908 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Dec 09 2025 21:01:54 | Best Egg, PO Box 42912, Philadelphia, PA 19101-2912 |
| 518945997 | | EDI: CAPITALONE.COM | | |

Case 20-20235-ABA   Doc 158   Filed 12/11/25   Entered 12/12/25 00:13:15   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 74 |

| Recipient ID | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Dec 10 2025 01:51:00 | Capital One, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518987197 | + | EDI: AIS.COM | | |
| | | | Dec 10 2025 01:51:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519011760 | | EDI: CITICORP | | |
| | | | Dec 10 2025 01:51:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518945998 | + | EDI: WFNNB.COM | | |
| | | | Dec 10 2025 01:51:00 | Comenity Bank, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 518945999 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Dec 09 2025 21:01:57 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519943259 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 09 2025 20:57:00 | DLJ Mortgage Capital, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519943260 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 09 2025 20:57:00 | DLJ Mortgage Capital, Inc., PO Box 65250, Salt Lake City, UT 84165-0250, DLJ Mortgage Capital, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518970691 | | Email/Text: BKCourtNotices@yourmortgageonline.com | | |
| | | | Dec 09 2025 20:56:00 | Guaranteed Rate, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| 518946007 | | EDI: CITICORP | | |
| | | | Dec 10 2025 01:51:00 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040 |
| 519003734 | | EDI: Q3G.COM | | |
| | | | Dec 10 2025 01:51:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518946002 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Dec 09 2025 20:56:00 | First Savings Credit Card, 500 E. 60th Street N., Sioux Falls, SD 57104 |
| 518946001 | + | EDI: AMINFOFP.COM | | |
| | | | Dec 10 2025 01:51:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519823909 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | Dec 09 2025 20:56:00 | Fortiva, PO Box 10555, Atlanta, GA 30310-0555 |
| 518946003 | + | Email/Text: bklegalteam@rate.com | | |
| | | | Dec 09 2025 20:56:00 | Guaranteed Rate Affinity, 1800 W. Larchmont, Chicago, IL 60613-2448 |
| 518946004 | | EDI: IRS.COM | | |
| | | | Dec 10 2025 01:51:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518946005 | + | EDI: CAPITALONE.COM | | |
| | | | Dec 10 2025 01:51:00 | Kohl's, Collection Dept., PO Box 3043, Milwaukee, WI 53201-3043 |
| 519013381 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 09 2025 21:13:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518986003 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 09 2025 21:02:41 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518946010 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 09 2025 21:00:39 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 519689895 | + | EDI: AISMIDFIRST | | |
| | | | Dec 10 2025 01:51:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 519689894 | + | EDI: AISMIDFIRST | | |
| | | | Dec 10 2025 01:51:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518946013 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Dec 09 2025 20:56:00 | NewRez, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519260272 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Dec 09 2025 20:56:00 | NewRez LLC, RASC, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 518946014 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | | |
| | | | Dec 09 2025 20:56:00 | Nissan Motor Acceptance, PO Box 660360, |

Case 20-20235-ABA   Doc 158   Filed 12/11/25   Entered 12/12/25 00:13:15   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 74 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Dallas, TX 75266-0360 |
| 518977238 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 09 2025 20:56:00 | Nissan-Infiniti LT, PO Box 9013, Addison, Texas 75001-9013 |
| 518946015 | + | Email/Text: bnc@nordstrom.com | Dec 09 2025 20:56:40 | Nordstrom's, PO Box 6555, Englewood, CO 80155-6555 |
| 518978109 | + | EDI: JEFFERSONCAP.COM | Dec 10 2025 01:51:00 | Nordstrom, Inc., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518951309 | | EDI: AGFINANCE.COM | Dec 10 2025 01:51:00 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 518946016 | + | EDI: AGFINANCE.COM | Dec 10 2025 01:51:00 | One Main Financial, PO Box 1010, Evansville, IN 47706-1010 |
| 518963404 | | EDI: LCIPHHMRGT | Dec 10 2025 01:51:00 | PHH Mortgage Corporation, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 518956505 | + | Email/Text: RASEBN@raslg.com | Dec 09 2025 20:56:00 | PHH Mortgage Corporation, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518946017 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2025 20:56:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 518990962 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 09 2025 20:56:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519938832 | | EDI: PRA.COM | Dec 10 2025 01:51:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519938833 | | EDI: PRA.COM | Dec 10 2025 01:51:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519010329 | | EDI: PRA.COM | Dec 10 2025 01:51:00 | Portfolio Recovery Associates, LLC, c/o AMAZON, POB 41067, Norfolk, VA 23541 |
| 519012685 | | EDI: PRA.COM | Dec 10 2025 01:51:00 | Portfolio Recovery Associates, LLC, c/o Nissan, POB 41067, Norfolk VA 23541 |
| 519011214 | | EDI: PRA.COM | Dec 10 2025 01:51:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 518978031 | + | EDI: JEFFERSONCAP.COM | Dec 10 2025 01:51:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519011751 | | EDI: Q3G.COM | Dec 10 2025 01:51:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519011753 | | EDI: Q3G.COM | Dec 10 2025 01:51:00 | Quantum3 Group LLC as agent for, CreditShop LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518946018 | + | EDI: TDBANKNORTH.COM | Dec 10 2025 01:51:00 | Raymour and Flanigan, 1000 Macarthur Blvd., Mahwah, NJ 07430-2035 |
| 519000917 | | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 20:56:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 519000916 | | Email/Text: mtgbk@shellpointmtg.com | Dec 09 2025 20:56:00 | Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518946019 | + | EDI: SYNC | Dec 10 2025 01:51:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518947336 | + | EDI: PRA.COM | Dec 10 2025 01:51:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518955577 | + | EDI: CBSTDR | | |

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 74 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 10 2025 01:51:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519980089 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 09 2025 20:56:00 | Tidewater Finance Company, P.O. Box 13306, Chesapeake, VA 23325 |
| 519653490 | | Email/Text: tidewaterlegalebn@twcs.com | Dec 09 2025 20:56:00 | Tidewater Motor Credit, 6520 Indian River Road, Virginia Beach, VA 23464 |
| 519919120 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 09 2025 20:56:00 | The Bank of Missouri dba Fortiva, PO Box 105555, Atlanta, GA 30348-5555 |
| 519314992 | + | Email/Text: BK@servicingdivision.com | Dec 09 2025 20:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519314993 | + | Email/Text: BK@servicingdivision.com | Dec 09 2025 20:56:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450, The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 519823910 | | Email/Text: bknotice@upgrade.com | Dec 09 2025 20:55:00 | Upgrade, Inc., 2 N. Central Avenue, 10th Floor, Phoenix, AZ 85004 |
| 518946020 | + | EDI: WFHOME | Dec 10 2025 01:51:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 518957803 | | EDI: WFCCSBK | Dec 10 2025 01:51:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 65

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Guaranteed Rate, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |
| cr | *+ | PHH MORTGAGE CORPORATION, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518946012 | *+ | Monarch Self-Storage, 850 West Blenheim Avenue, Blenheim, NJ 08012-4064 |
| 518946008 | ##+ | Maureen Yorkman, 5516 Suffolk Court, Apt. 0-3, Ventnor City, NJ 08406-1421 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

Case 20-20235-ABA    Doc 158    Filed 12/11/25    Entered 12/12/25 00:13:15    Desc
Imaged Certificate of Notice    Page 7 of 7

| District/off: 0312-1 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 09, 2025 | Form ID: 3180W | Total Noticed: 74 |

Andrew B Finberg
courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Gavin Stewart
on behalf of Creditor Nissan Motor Acceptance Corporation bk@stewartlegalgroup.com

Gavin Stewart
on behalf of Creditor The Money Source Inc. bk@stewartlegalgroup.com

Harold N. Kaplan
on behalf of Creditor PHH MORTGAGE CORPORATION hkaplan@rasnj.com kimwilson@raslg.com

Harold N. Kaplan
on behalf of Creditor NewRez LLC D/B/A ShellPoint Mortgage Servicing hkaplan@rasnj.com kimwilson@raslg.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jill T. Bryan
on behalf of Creditor Tidewater Finance Company jtb.assistant1@verizon.net

Jill T. Bryan
on behalf of Debtor Marlene A. Argentina jtb.assistant1@verizon.net

Joseph Marchand
on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net

R. A. Lebron
on behalf of Creditor Select Portfolio Servicing Inc., as servicer for DLJ Mortgage Capital, Inc. bankruptcy@fskslaw.com

Robert P. Saltzman
on behalf of Creditor Guaranteed Rate Inc. dnj@pbslaw.org

Stuart H. West
on behalf of Creditor Guaranteed Rate Inc. swest@pbslaw.org

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15